UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHELE R. FABERY, RN, BSN, | ) |
| and her husband, | ) |
| CHARLES FABERY, | ) |
| Plaintiffs, | ) |
| v. | ) NO. 06-2136 DV |
| | ) JURY DEMANDED |
| MID-SOUTH OB-GYN, P.L.L.C., | ) |
| HEATHER O. DONATO, M.D., | ) |
| MICHAEL L. STACK, M.D., and | ) |
| DONALD L. HAMBY, M.D. | ) |
| Defendants. | ) |

PLAINTIFFS' MOTION FOR AN IN LIMINE ORDER JUDICIALLY ESTOPPING DEFENDANTS FROM RETRACTING, MODIFYING OR IN ANY WAY CHANGING ANY CONCLUSIVE ADMISSION IN THE ANSWER (DKT. ENTRY 2) IN RESPONSE TO PLAINTIFFS' COMPLAINT (DKT. ENTRY 1) (WITH MEMORANDUM IN SUPPORT)

Motion

**COME NOW** plaintiffs, Michele R. Fabery and Charles Fabery (hereinafter **"the Faberys"**), and, respectfully, move the Court to enter an in limine order judicially estopping, by a court-ordered stipulation, defendants, Heather O. Donato, M.D.(hereinafter **"Dr. Donato"**), Michael L. Stack, M.D. (hereinafter **"Dr. Stack"**), Donald L. Hamby, M.D. (hereinafter **"Dr. Hamby"**) and

Mid-South OB-GYN, PLLC (hereinafter **"Mid-South"**) (hereinafter collectively "**Defendants**"), from offering any proof, evidence, testimony or in any other way, during the trial of the instant case, that modifies, retracts or in any other way changes or attempts to change any statement of fact or opinion admitted, on the record in the instant case, by Defendants' answer (Dkt. Entry 2) to allegations made by the Faberys in the Faberys' complaint (Dkt. Entry 1).

The Faberys attach as **Exhibit A hereto** a chart that copies, verbatim, each admitted allegation in the complaint (Dkt. Entry 1) beside which appears the answer, verbatim, to each said allegation by which Defendants admit the allegation. As attached, Exhibit A hereto is incorporated herein by reference the same as if it were quoted here verbatim.

### Memorandum

On January 31, 2008, the Faberys filed (Dkt. Entry 137) a supplemental memorandum in support of the Faberys' prior motions concerning judicial admissions (Dkt. Entry 57 and Dkt. Entry 58), filed on November 19, 2007 and November 20, 2007, the former being entitled "Plaintiff's Motion in Limine to Receive in Evidence as Judicial Admissions Answers by Defendants to Deposition Questions and Memorandum in Support Thereof" and the latter being entitled "Plaintiff's Motion in Limine to Declare Admissions of Defendants in Defendant's Answer to Be Conclusive Admissions to Be Submitted to the Jury the Same as Stipulations and Memorandum in Support Thereof." In this supplemental memorandum and the November 2007 motions and memoranda, the Faberys discuss the reasons and reference the authorities in support of the instant motion. Here, the Faberys adopt and incorporate by reference the supplemental memorandum (Dkt. Entry 137) and the prior memoranda in support of the relief sought by the instant motion.

Respectfully submitted,

LARRY E. PARRISH, P.C.

By: s/ Larry E. Parrish
    Larry E. Parrish, BPR #8464
    The Crescent Center
    6075 Poplar Avenue, Suite 420
    Memphis, Tennessee  38119
    (901) 767-8000
    Fax: (901) 767-7618
    parrish@parrishandshaw.com

## CERTIFICATE OF CONSULTATION

Counsel for Movants consulted with counsel for Defendants about the instant motion, on January 31, 2008; in the process, it was agreed that counsel for Defendants and counsel for Movants cannot agree that the relief sought by the instant motion should be granted.

    s/ Larry E. Parrish
    Larry E. Parrish

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the **Plaintiffs' Motion For An In Limine Order Judicially Estopping Defendants From Retracting, Modifying Or In Any Way Changing Any Conclusive Admission In The Answer (Dkt. Entry 2) In Response To Plaintiffs' Complaint (Dkt. Entry 1) (With Memorandum In Support)** has been forwarded by electronic means via the Court's electronic filing system to:

    J. Kimbrough Johnson, Esq.
    JohnsonK@thomasonlaw.com

    Joseph M. Clark, Esq.
    ClarkJ@thomasonlaw.com

on the 1st day of February 2008.

    s/ Larry E. Parrish
    Larry E. Parrish