UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHELE R. FABERY, RN, BSN, ) | |
| ) | |
| and her husband, ) | |
| ) | |
| CHARLES FABERY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **NO. 06-213 DV** |
| v. ) | **JURY DEMANDED** |
| ) | |
| MID-SOUTH OB-GYN, P.L.L.C., ) | |
| ) | |
| HEATHER O. DONATO, M.D., ) | |
| ) | |
| MICHAEL L. STACK, M.D., and ) | |
| ) | |
| DONALD L. HAMBY, M.D. ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS, HAMBY, STACK, AND DONATO (Dkt. Entry 312)**

Plaintiffs, having filed a motion entitled "Order Granting Plaintiff's Motion To Dismiss Claims Against Defendants, Hamby, Stack, And Donato (Dkt. Entry 312)," the Court has considered same and defendants' having been sufficiently advised and having no objections, the Court has

**ORDERED, ADJUDGED AND DECREED** that the aforesaid motion is **GRANTED**.

**ENTERED** this 19th day of May 2008.

s/ Bernice B. Donald
Bernice B. Donald
United States District Judge